IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT RIVARD JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-14-762-M |
| ) | |
| ARLAN PAUL BULLARD, ) | |
| MCCLAIN COUNTY, and ) | |
| THE STATE OF OKLAHOMA, ) | |
| ) | |
| Defendants. ) | |

### ORDER

On October 23, 2014, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action. The Magistrate Judge recommended that this action be dismissed without prejudice and that his pending motions be denied as moot. Plaintiff was advised of his right to object to the Report and Recommendation by November 13, 2014. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 23] issued by the Magistrate Judge on October 23, 2014;

(2) DISMISSES this action without prejudice, and

(3) DENIES plaintiff's pending motions [docket nos. 8, 11, 13, and 22] as MOOT.

**IT IS SO ORDERED this 21st day of November, 2014.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE